UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 3:15-CR-151 |
| | : (Judge Mariani) |
| ANGEL PRADO, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 15th DAY OF FEBRUARY, 2017**, upon consideration of Defendant Angel Prado's Amended Motion to Suppress Physical Evidence and Incriminating Statements (Doc. 66), **IT IS HEREBY ORDERED THAT**, consistent with the Court's Memorandum Opinion:

1. The parties are directed to brief the following issues:

    a. Whether the Court may address the propriety of the initial traffic stop in light of what appears to be a waiver of this issue by Defendant's counsel; and

    b. Whether the initial traffic stop was valid.

2. Defendant Prado shall file a brief addressing the afore-listed issues within **fourteen (14) days** from the date of this Order.

3. The Government shall file a brief within **fourteen (14) days** from the date of the filing of a brief by Defendant.

4. Defendant Prado shall have **seven (7) days** from the date of the filing of the Government's brief to file a reply brief if he so chooses.

                                                    Robert D. Mariani
                                                    United States District Judge