# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:15-CR-151 |
| ANGEL PRADO, | : (JUDGE MARIANI) |
| Defendant. | : |

## ORDER

AND NOW, THIS __17__ DAY OF MAY, 2017, upon consideration of Defendant's Amended Motion to Suppress Physical Evidence and Incrimination Statements, (Doc. 66), **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendant's Motion is **GRANTED** insofar as it requests the suppression of the statements that Defendant made on the roadside after his arrest.

2. In all other respects, Defendant's Motion is **DENIED**.

Robert D. Mariani
United States District Judge