THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : 3:15-CR-151 |
| v. | : (JUDGE MARIANI) |
| | : |
| ANGEL PRADO, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 29th DAY OF JUNE 2022, for the reasons set forth in this Court's accompanying Memorandum Opinion, upon review Angel Prado's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 161) and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. Prado's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 161) is **DENIED.**

2. A certificate of appealability **SHALL NOT ISSUE.**

Robert D. Mariani
United States District Judge